# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| April Huston, individually and on behalf of all others similarly situated, | 4:21-cv-04147-SLD-JEH |
| Plaintiff, | |
| - against - | |
| Conagra Brands, Inc., | |
| Defendant | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   October 6, 2022

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
spencer@spencersheehan.com
60 Cuttermill Rd Ste 409
Great Neck NY 11021
Tel: (516) 268-7080

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| April Huston, individually and on behalf of all others similarly situated, | 4:21-cv-04147-SLD-JEH |
| Plaintiff, | |
| - against - | |
| Conagra Brands, Inc., | |
| Defendant | |

CERTIFICATE OF SERVICE

I certify that on __October 6, 2022__, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

/s/ Spencer Sheehan
Attorney's signature
Spencer Sheehan, 4942520
Printed name and bar number
60 Cuttermill Rd Ste 409
Great Neck NY 11021-3104
Address
spencer@spencersheehan.com
E-mail Address
(516) 268-7080
Phone Number
(516) 234-7800
Fax Number